# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Briam Valencia Soto,<br><br>Defendant | Case No.: 25-cr-03888-TWR<br><br>**ORDER AND JUDGMENT OF DISMISS WITHOUT PREJUDICE** |

Upon the motion of the United States, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Information against Defendant Briam Valencia Soto in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 11/6/2025

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE